# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 28, 2019

In re:
    Hubert Wiggs
    Debtor*

Case Number: 18–21473 jjt
Chapter: 7

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in the this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the bankruptcy court at the address below on or before:

**5/29/19**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

You will need to file a Proof of Claim Form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. The Proof of Claim form may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no filing fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*Government agencies who wish to file a proof of claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered, whichever is the latter.**

Dated: February 28, 2019

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.